**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | Case No.   26 CR 281 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Ryan Ross and Vanessa Rhodes | ) | |

## **ORDER**

In person arraignment and initial proceedings held on 6/12/2026. Attorney Valeria Corral appeared on behalf of defendant Ryan Ross. Attorneys Michael Girard, Charles Nesbit, and Howard Brookins Jr. appeared on behalf of defendant Vanessa Rhodes. Defendants were informed of their rights. Defendants informed of the charges against them in the Indictment and the maximum possible sentence/fine if convicted of the charges. Defendants acknowledged receipt of the indictment. The defendants waive formal reading of the indictment and enter a plea of not guilty as to all counts in the indictment. 16.1A conference is to be held by 7/10/2026. Defense pretrial motions are due 8/21/2026. The case is set for an in-person status hearing on 9/2/2026 at 1:15 p.m. The hearing will be held in Courtroom 2103. The defendants' appearances are waived for the hearing, but they may appear if they choose. Jury trial is set for 4/12/2027 at 9:15 a.m.   The government and defense counsel agreed on conditions of release. Enter Orders Setting Conditions of Release. The defendants are ordered to be released after processing by the Marshal's Office. Ordered time excluded in the interest of justice through 9/2/2026 due to the complexity of the case and the need for preparation and filing of defense motions which outweighs the right to a speedy trial, pursuant to 18 U.S.C. 3161(h)(7)(B)(iv) and 18 U.S.C. 3161(h)(1)(D). Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

Date: 6/12/2026

/s/ Matthew F. Kennelly
United States District Judge